```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 08992
    JENNIFER J KING
    VINCENT L KING                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-5756     SSN XXX-XX-6428
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 04/12/08 .

   2. The case was dismissed without confirmation, 08/01/2008.

   3. The Debtor paid a total of $   3871.33 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INDYMAC BANK | CURRENT MORTG | .00 | .00 | .00 |
| INDYMAC BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| EMC MORTGAGE | SECURED | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | .00 | .00 | 300.00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | 200.00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| SBC | UNSECURED | NOT FILED | .00 | .00 |
| AT & T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS ALLIANCE INC | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST THERESE MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF NY | UNSECURED | .00 | .00 | .00 |
| BANK OF NY | UNSECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ENCORE RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

```
HSBC                       UNSECURED       NOT FILED              .00         .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED              .00         .00
NICOR GAS                  UNSECURED       NOT FILED              .00         .00
OSI COLLECTION SERVICES    UNSECURED       NOT FILED              .00         .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED              .00         .00
     Summary of disbursements:
---------------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00         .00         .00
PRINCIPAL PAID        500.00          .00          .00         .00      500.00
INTEREST PAID            .00          .00          .00         .00         .00
TOTAL PAID            500.00          .00          .00         .00      500.00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   3500.00
and was paid $   2118.50  direct and $   1381.50  through the plan.

The Trustee received $    115.86 .

Refunds to the Debtor totaled $   1873.97 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/13/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
      CASE NO. 08 B 08992 JENNIFER J KING & VINCENT L KING